ACCEPTED
03-14-00713-CV
7864610
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/17/2015 1:21:08 PM
JEFFREY D. KYLE
CLERK

# No. 03-14-00713-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/17/2015 1:21:08 PM
JEFFREY D. KYLE
Clerk

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS
OF THE STATE OF TEXAS, AND
KEN PAXTON, ATTORNEY GENERAL
OF THE STATE OF TEXAS

v.

CGG VERITAS SERVICES (U.S.), INC.

# APPELLANTS' ORAL ARGUMENT EXHIBITS

Joseph D. Hughes
ATTORNEY GENERAL'S OFFICE
P.O Box 12548 (MC 059)
Austin, TX 78711
(512) 936-1729
*jody.hughes@texasattorneygeneral.gov*

# No. 03-14-00713-CV, GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS V. CGG VERITAS SERVICES (U.S.), INC.

## APPELLANTS' ORAL ARGUMENT EXHIBITS

## TABLE OF CONTENTS

**TAB**

Pl.'s Ex. 48, Cost of Goods Sold, CGGVeritas (U.S) Texas Franchise Tax Report Year 2008 ......................................................................A

Pl.'s Ex. 49, Texas Margin Tax, CGGVeritas (U.S) Texas Franchise Tax Report Year 2008 ......................................................................B



**CGGVeritas Services (U.S.) Inc. Combined Group**
**Texas Franchise Tax Report Year 2008**
**(Accounting Year 2007)**
**Cost of Goods Sold**

LEGAL Entity _____ (All)

Sum of Cost Amount

| Row Labels | Column Labels | | | | |
|---|---|---|---|---|---|
| | ACQUISITION | DATA PROC | G&A | MCDL | Grand Total |
| (c)-01 Direct labor costs | 108,707,123 | 51,434,881 | | 3,798,150 | 163,940,154 |
| (c)-03 Consumed material | 67,594,375 | 1,558,427 | | 383,830 | 69,536,631 |
| (c)-04 Handling costs | 987,592 | 16,592 | | - | 1,004,184 |
| (c)-06 Depreciation, depletion, & amortization | 68,490,113 | 2,685,237 | | 212,586,758 | 283,762,108 |
| (c)-07 Rental of direct use property | 188,149,627 | 18,106,923 | | 317,409 | 206,573,959 |
| (c)-08 Repair/maintenance of direct use property | 31,319,059 | 1,837,719 | | 30,011 | 33,186,789 |
| (c)-09 Direct research, experimental, etc. costs | 265,138 | 3,868,960 | | - | 4,134,098 |
| (c)-10 Geological & geophysical costs | 957,514 | - | | - | 957,514 |
| (c)-11 Other direct costs | (194,680,814) | (30,304,157) | | 11,012,827 | (213,972,144) |
| (d)-04 Preproduction direct costs | 106,962 | | | | 106,962 |
| (d)-06 Insurance costs on produced goods | 6,939,917 | 477,851 | | 8,060 | 7,425,828 |
| (d)-07 Direct use utilities | 2,142,819 | 4,808,034 | | 21,045 | 6,971,899 |
| (d)-08 Quality control costs | 2,777,228 | - | | - | 2,777,228 |
| (e)-01 4% of Indirect & administrative overhead costs | | | 1,195,014 | | 1,195,014 |
| **Grand Total** | **283,756,653** | **54,490,467** | **1,195,014** | **228,158,089** | **567,600,223** |


ALL-STATE LEGAL®

PLAINTIFF'S EXHIBIT 48

B

CGGVeritas Services (U.S) Inc. Combined Group
Texas Franchise Tax Report Year 2008
(Accounting Year 2007)
Texas Margin Tax

| | per TX Comptroller | per CGG - Originally Filed | Scenario 1 Dt Acquisition only | Scenario 2 MCDL only | Scenario 3 Dt Acquisition + MCDL | Scenario 4 Dt Processing + MCDL | Scenario 5 Dt Acquisition + Dt Processing |
|---|---|---|---|---|---|---|---|
| Total revenue | 1,052,170,534 | 1,052,170,534 | 1,052,170,534 | 1,052,170,534 | 1,052,170,534 | 1,052,170,534 | 1,052,170,534 |
| COGS | (1,195,014) | (566,405,209) | (283,756,653) | (228,158,089) | (511,914,742) | (282,648,556) | (338,247,119) |
| 4% of Indirect G&A Costs | - | (1,195,014) | (1,195,014) | (1,195,014) | (1,195,014) | (1,195,014) | (1,195,014) |
| Total COGS | (1,195,014) | (567,600,223) | (284,951,667) | (229,353,103) | (513,109,756) | (283,843,570) | (339,442,133) |
| MARGIN: | | | | | | | |
| Revenue x 70& | 736,519,374 | 736,519,374 | 736,519,374 | 736,519,374 | 736,519,374 | 736,519,374 | 736,519,374 |
| Revenue - COGS | 1,050,975,520 | 484,570,311 | 767,218,867 | 822,817,431 | 539,060,778 | 768,326,964 | 712,728,401 |
| Revenue - Compensatio | 1,052,170,534 | 1,052,170,534 | 1,052,170,534 | 1,052,170,534 | 1,052,170,534 | 1,052,170,534 | 1,052,170,534 |
| MARGIN (lower of the th | 736,519,374 | 484,570,311 | 736,519,374 | 736,519,374 | 539,060,778 | 736,519,374 | 712,728,401 |
| Apportionment % | 51.66% | 51.66% | 51.66% | 51.66% | 51.66% | 51.66% | 51.66% |
| Apportioned Margin | 380,485,908 | 250,329,023 | 380,485,908 | 380,485,908 | 278,478,798 | 380,485,908 | 368,195,492 |
| Tax Rate | 1.0000% | 1.0000% | 1.0000% | 1.0000% | 1.0000% | 1.0000% | 1.0000% |
| Texas Tax | 3,804,859 | 2,503,290 | 3,804,859 | 3,804,859 | 2,784,788 | 3,804,859 | 3,681,955 |
| R&D Credit (Limited to 5C | (1,251,645) | (1,251,645) | (1,251,645) | (1,251,645) | (1,251,645) | (1,251,645) | (1,251,645) |
| Total Due | 2,553,214 | 1,251,645 | 2,553,214 | 2,553,214 | 1,533,143 | 2,553,214 | 2,430,310 |
| Addt'l Tax / (Refund) | 1,301,569 | 0 | 1,301,569 | 1,301,569 | 281,498 | 1,301,569 | 1,178,665 |
| Interest calc | 93,358 | | | | | | |
| Paid under protest | 1,394,927 | | | | | | |
| Difference vs protest - Tax only | (1,301,569) | (1,301,569) | 0 | 0 | (1,020,071) | 0 | (122,904) |



ALL-STATE LEGAL®

PLAINTIFF'S EXHIBIT
49

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2015, a true and correct copy of the foregoing Appellants' Oral Argument Exhibits was served via File & ServeXpress to the following counsel of record:

Amanda Taylor
James F. Martens
Lacy Leonard
MARTENS TODD LEONARD & TAYLOR
301 Congress Ave., Suite 1950
Austin, Texas 78701
Tel.: (512) 542-9898
Fax: (512) 542-9899
*ataylor@textaxlaw.com*
*jmartens@textaxlaw.com*
*lleonard@textaxlaw.com*


/s/ Joseph D. Hughes
Joseph D. Hughes